```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

PHILADELPHIA FLYERS, INC.     :      CIVIL ACTION
                              :
            v.                :
                              :
TRUSTMARK INSURANCE CO.       :      NO.  04-2322

NOTICE

AND NOW, this 1st day of June, 2004, please take note that a

    [x] preliminary pretrial conference
    [ ]

in the above-captioned case will be held on June 23, 2004 at 3:30 p.m. before the **Honorable John R. Padova**. This conference will be held

    [x] in chambers, Room 6614
    [ ] by telephone*
       *Counsel for the plaintiff will be responsible for contacting all parties, at which time you may contact Judge Padova's chambers at 215/597-1178.

If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date. Another attorney in such trial counsel's office, who should be as familiar as is feasible with the case, have authority from the client, and an evaluation of the case for settlement purposes, should appear at the conference.

Failure to comply with this directive may result in the imposition of sanctions. The conference will be continued to another date only under exceptional circumstances.

ATTEST:                               or    BY THE COURT:


BY: _____                  _____
    Gerrie M. Keane                         JOHN R. PADOVA,      J.
    Deputy Clerk

cc: Peter J. Deeb
    Stephen C. Baker

SCHEDULING INFORMATION REPORT
(To be completed and returned to Judge Padova's
Chambers three (3) days before the pretrial conference)

Caption: _____

Civil Action No.: _____

Jury Trial _____  Non-Jury Trial _____  Arbitration _____

Plaintiff's Counsel: _____

Address: _____

Phone: _____  Fax: _____

Defendant's Counsel: _____

Address: _____

Phone: _____  Fax: _____

Have you complied with the duty of self-executing disclosure under Federal Rule of Civil Procedure 26(a)? _____ When? _____ If not, why? _____
_____

Have you filed a discovery plan pursuant to Federal Rule of Civil Procedure 26(f)? _____ When? _____ If not, why? _____
_____

Discovery completed? _____ If not, when? _____

If you contend the discovery period should exceed four months after the last appearance by all defendants is filed, please state reasons:
_____

Ready for trial by: _____
                    Date
Is a settlement conference likely to be helpful? _____
If so, when: Early _____ (yes/no)  After discovery _____
Do you expect to file a case-dispositive motion? _____
If so, by what date? _____
Trial time estimate: _____
Time to present your case: _____
Time for entire trial: _____
Date: _____

_____
Signature of counsel preparing the form

_____
Typed or printed name