```
              UNITED STATES DISTRICT COURT
              Eastern District of Pennsylvania
                    U.S. Court House
                 Independence Mall West
                    601 Market Street
                 Philadelphia, PA  19106-1797
                       215/597-1178
```

June 22, 2004

**NOTICE OF HEARING:**

RE:   PHILADELPHIA FLYERS, INC. V. TRUSTMARK INSURANCE CO.
      Civil Action No. 04-2322

Dear Counsel:

Please be advised that a hearing is scheduled on Defendant's Motion to Compel Arbitration. The hearing will be held on June 25, 2004 at 9:00 a.m. in Courtroom 6A, 6th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Very truly yours,

Gerrie Keane
Deputy Clerk to Judge Padova

To:  Peter J. Deeb
     Stephen C. Baker

gmk 6/22/04
fax to counsel