IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PHILADELPHIA FLYERS, INC. | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| TRUSTMARK INSURANCE CO. | : | NO. 04-2322 |

O R D E R

_____AND NOW, this 25th day of October, 2005, inasmuch as this matter is in Civil Suspense, IT IS HEREBY ORDERED that plaintiff's counsel shall file a status report on this matter on or before November 8, 2005.

BY THE COURT:

_____
JOHN R. PADOVA,         J.