IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PHILADELPHIA FLYERS, INC. | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| TRUSTMARK INSURANCE CO. | : | NO. 04-2322 |

### O R D E R

AND NOW, this 1st day of June, 2006, inasmuch as this matter is in Civil Suspense, IT IS HEREBY ORDERED that plaintiff's counsel shall file a status report on this matter on or before June 16, 2006.

BY THE COURT:

s/John R. Padova

JOHN R. PADOVA,       J.

Dockets.Justia.com