IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PHILADELPHIA FLYERS, INC. | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| TRUSTMARK INSURANCE CO. | : | NO. 04-2322 |

O R D E R

_____AND NOW, this 29th day of June, 2006, inasmuch as Plaintiff's counsel has failed to comply with the Court's June 1, 2006 Order requesting a status report (Doc. No. 13), IT IS HEREBY ORDERED that plaintiff's counsel shall show cause, on or before July 10, 2006, why this matter should not be removed from Civil Suspense and Dismissed for Lack of Prosecution.

BY THE COURT:

s/John R. Padova

_____
JOHN R. PADOVA,           J.